**No. 11-5255. Tiequon Aundray Cox, Petitioner v. Robert L. Ayers, Jr., Warden.**

565 U.S. 897, 132 S. Ct. 287, 181 L. Ed. 2d 173, 2011 U.S. LEXIS 5733.

October 3, 2011. Petition for writ of certiorari to the United States Court of Appeals for the Ninth Circuit denied.

Same case below, 414 Fed. Appx. 80.

**No. 11-5256. William Harvey Cousins, Petitioner v. Kathleen S. Green, Warden, et al.**

565 U.S. 897, 132 S. Ct. 287, 181 L. Ed. 2d 173, 2011 U.S. LEXIS 5546.

October 3, 2011. Petition for writ of certiorari to the United States Court of Appeals for the Fourth Circuit denied.

Same case below, 416 Fed. Appx. 278.

**No. 11-5257. Hayze Halstied, Petitioner v. Oklahoma, et al.**

565 U.S. 897, 132 S. Ct. 287, 181 L. Ed. 2d 173, 2011 U.S. LEXIS 5516.

October 3, 2011. Petition for writ of certiorari to the Court of Criminal Appeals of Oklahoma denied.

**No. 11-5258. Edward Gee, Petitioner v. John Kerestes, Superintendent, State Correctional Institution at Mahanoy, et al.**

565 U.S. 897, 132 S. Ct. 288, 181 L. Ed. 2d 173, 2011 U.S. LEXIS 5562,

October 3, 2011. Petition for writ of certiorari to the United States Court of Appeals for the Third Circuit denied.

**No. 11-5259. Jessie C. Hawkins, Petitioner v. Rick Thaler, Director, Texas Department of Criminal Justice, Correctional Institutions Division.**

565 U.S. 897, 132 S. Ct. 288, 181 L. Ed. 2d 173, 2011 U.S. LEXIS 5738.

October 3, 2011. Petition for writ of certiorari to the United States Court of Appeals for the Fifth Circuit denied.

**No. 11-5260. Cirino Gonzalez, Petitioner v. United States.**

565 U.S. 898, 132 S. Ct. 288, 181 L. Ed. 2d 173, 2011 U.S. LEXIS 5416.

October 3, 2011. Petition for writ of certiorari to the United States Court of Appeals for the First Circuit denied.

Same case below, 615 F.3d 7.

**No. 11-5261. Mark Wallace, aka Mark Green, Petitioner v. Michael D. Klopotoski, Superintendent, State Correctional Institution at Dallas, et al.**

565 U.S. 898, 132 S. Ct. 288, 181 L. Ed. 2d 173, 2011 U.S. LEXIS 5709.

October 3, 2011. Petition for writ of certiorari to the United States Court of Appeals for the Third Circuit denied.

**No. 11-5262. Albert Grandberry, Petitioner v. Shirley Harry.**

565 U.S. 898, 132 S. Ct. 288, 181 L. Ed. 2d 173, 2011 U.S. LEXIS 5535.

October 3, 2011. Petition for writ of certiorari to the United States Court of Appeals for the Sixth Circuit denied.